IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 18 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| MICHAEL WEBB (01) | 4-19CR-196-0 |

INFORMATION

The United States Attorney Charges:

Count One
Kidnapping
(Violation of 18 U.S.C. 1201(a)(1) and (g))

On or about May 18, 2019, in the Fort Worth Division of the Northern District of Texas, defendant, **Michael Webb,** did unlawfully and willfully seize, kidnap, confine, abduct and carry away, and hold MV1, a child under 18 years of age, for his benefit and otherwise, and in committing and in furtherance of the commission of the offense, **Webb** used any means, facility, and instrumentality of interstate and foreign commerce. At the time, **Webb** was over 18 years of age, was not related to, and did not have legal custody of MV1.

In violation of 18 U.S.C. §1201(a)(1) and (g).

        ERIN NEALY COX
        UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov