


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL WEBB (01)

No. 4:19-CR-196-O
**[Supersedes Information filed on June 18, 2019.]**

INDICTMENT

The Grand Jury Charges:

Count One
Kidnapping
(Violation of 18 U.S.C. § 1201(a)(1) and (g))

On or about May 18, 2019, in the Fort Worth Division of the Northern District of Texas, defendant, **Michael Webb,** did unlawfully and willfully seize, kidnap, confine, abduct and carry away, and hold MV1, a child under 18 years of age, for his benefit and otherwise, and in committing and in furtherance of the commission of the offense, **Webb** used any means, facility, and instrumentality of interstate and foreign commerce. At the time, **Webb** was over 18 years of age, was not related to, and did not have legal custody of MV1.

In violation of 18 U.S.C. §1201(a)(1) and (g).

A TRUE BILL

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICHAEL WEBB (01)

---

INDICTMENT

18 U.S.C. § 1201(a)(1) and (g)
Kidnapping
1 Count

---

A true bill rendered

FORT WORTH FOREPERSON

Filed in open court this 19th day of June, 2019.

---

**Defendant in Federal Custody since May 21, 2019.**

UNITED STATES MAGISTRATE JUDGE