IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | No. 4:19-CR-196-O |
| | § | |
| **MICHAEL WEBB** | § | |

## ORDER

Pending before the Court is Defendant Michael Webb's ("Webb") Unopposed Motion to Seal (ECF No. 29), which includes as an attachment an Unopposed Motion to Determine Competency and Request to Stay Proceedings, filed on July 5, 2019. In the Unopposed Motion to Determine Competency, Webb's counsel asserts reasonable cause exists to believe that Webb may be suffering from a psychological impediment that renders him mentally incompetent to stand trial.

Based on the information presented, and because the Government is unopposed, there is reasonable cause to believe Defendant may be incompetent. *See* 18 U.S.C. § 4241. Accordingly, the Court **GRANTS** Defendant's Motion to File Under Seal and directs the Clerk of Court to separately docket the Unopposed Motion to Determine Competency.

Additionally, after considering the attached Unopposed Motion to Determine Competency, it is **ORDERED** that the current trial setting for Webb is cancelled and the Attorney General is directed to conduct a competency exam of Webb within a reasonable time period but not to exceed thirty days from the issuance of this Order. *See* 18 U.S.C. §§ 4241, 4247(b). The attorney for the United States shall ensure that the Attorney General promptly transfers Webb to the appropriate facility necessary to conduct the examination, completes the examination, and timely provides the required report.

Finally, the Clerk of Court shall close this case for statistical purposes.

**SO ORDERED** on this **5th day** of **July, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE