**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 4:19-CR-196-O** |
| | § | |
| **MICHAEL WEBB** | § | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress (ECF No. 40), Motion to Change Venue (ECF No. 41), and Motion to Dismiss (ECF No. 42). To resolve these motions in a timely manner, the Court **ORDERS** the Government to respond no later than September 6, 2019. Defendant shall reply no later than September 10, 2019.

Signed this 3rd day of September, 2019.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**