# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19-CR-196-O |
| | § | |
| MICHAEL WEBB | § | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss (ECF No. 42) and the Government's Response (ECF No. 45). Both parties agree that the issues raised by Defendant in his Motion to Dismiss are foreclosed. Accordingly, Defendant's Motion to Dismiss is **DENIED**.

Signed this 6th day of September, 2019.

Reed O'Connor
UNITED STATES DISTRICT JUDGE