UNITED STATES OF AMERICA

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:19-CR-196-O |
| | § | |
| MICHAEL WEBB | § | |

**NOTICE OF APPEAL**

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant MICHAEL WEBB through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this matter.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas


BY: ___/s/ John J. Stickney_____
John J. Stickney
Assistant Federal Public Defender
MA State Bar No. 687134
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753 (TEL)
(817) 978-2757 (FAX)

**CERTIFICATE OF SERVICE**

I, John J. Stickney, hereby certify that on this the 21st day of July, 2019, the original of the foregoing notice was hand delivered to the United States Attorney's office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

 /s/ John J. Stickney
JOHN J. STICKNEY
Assistant Federal Public Defender