IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:19-CR-196-O |
| MICHAEL WEBB (01) | |

**AMENDED AGREED ADMITTED EXHIBIT LIST**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | R. Sweet<br>N. Ibarra<br>S. Cavasar | Map of Ryan Place Neighborhood | ✔ | ✔ | ✔ |
| 2. | R. Sweet<br>S. Cavasar | Photo MV1 | ✔ | ✔ | ✔ |
| 3. | R. Sweet<br>N. Ibarra<br>D. McConahay | Diagram – 6th & Lowden | ✔ | ✔ | ✔ |
| 4. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-View of Street Corner (6th Avenue and W. Lowden) | ✔ | ✔ | ✔ |
| 5. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 7 (Glasses Case) | ✔ | ✔ | ✔ |
| 6. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 6 (Glasses case) | ✔ | ✔ | ✔ |
| 7. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 6 (Close up of Gold Necklace) | ✔ | ✔ | ✔ |
| 8. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 6 (Close up of Gold Necklace) | ✔ | ✔ | ✔ |
| 9. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 5 (Eyeglasses) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photo-Evidence Found # 6 (Close up of Gold Necklace) | ✔ | ✔ | ✔ |
| 11. | C. Merrill<br>J. King | 911 call (King) | ✔ | ✔ | ✔ |
| 12. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel (Parking Lot) | ✔ | ✔ | ✔ |
| 13. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot (Webb's Car) | ✔ | ✔ | ✔ |
| 14. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot (Webb's Car) | ✔ | ✔ | ✔ |
| 15. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (License Plate) | ✔ | ✔ | ✔ |
| 16. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (License Plate) | ✔ | ✔ | ✔ |
| 17. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (License Plate and Passenger Side) | ✔ | ✔ | ✔ |
| 18. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Passenger Side) | ✔ | ✔ | ✔ |
| 19. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (License Plate and Front End) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 20. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Front End) | ✔ | ✔ | ✔ |
| 21. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Drivers Side) | ✔ | ✔ | ✔ |
| 22. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (View into Passenger Side) | ✔ | ✔ | ✔ |
| 24. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car View from Passenger Side Window (Passenger Seat with Blood) | ✔ | ✔ | ✔ |
| 25. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car View from Passenger Side Window (Passenger Seat with Blood) | ✔ | ✔ | ✔ |
| 26. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Passenger Seat with Blood) | ✔ | ✔ | ✔ |
| 27. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Passenger Seat  and Center Console with Blood) | ✔ | ✔ | ✔ |
| 34. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car, Cell Phone on Roof) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 36. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot Webb's Car (Cell Phone on Roof) | ✔ | ✔ | ✔ |
| 37. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot (Webb's Cell Phone) | ✔ | ✔ | ✔ |
| 38. | D. Rovell<br>T. Hayes<br>J. Kochan<br>J. King | Photo - Woodspring Suites, Hotel Parking Lot (Webb's Cell Phone) | ✔ | ✔ | ✔ |
| 39. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Outside) | ✔ | ✔ | ✔ |
| 40. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Door into Stairwell) | ✔ | ✔ | ✔ |
| 41. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Stairwell) | ✔ | ✔ | ✔ |
| 42. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Stairwell) | ✔ | ✔ | ✔ |
| 43. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Stairwell and Door to 3rd Floor) | ✔ | ✔ | ✔ |
| 44. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Door to 3rd Floor and Room Door 333) | ✔ | ✔ | ✔ |
| 45. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Room Door 333) | ✔ | ✔ | ✔ |
| 46. | C. Drake<br>D. Rovell<br>J. Kochan | Photo - Woodspring Suites, Hotel (Room Door 333) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 47. | C. Drake D. Rovell J. Kochan | Photo - Woodspring Suites, Hotel (3rd Floor Interior Hallway) | ✔ | ✔ | ✔ |
| 48. | C. Drake D. Rovell J. Kochan | Photo - Woodspring Suites, Hotel (Room Door 333) | ✔ | ✔ | ✔ |
| 51. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (View into Room with Towel on Floor) | ✔ | ✔ | ✔ |
| 53. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (View into room) | ✔ | ✔ | ✔ |
| 54. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (View into Bathroom) | ✔ | ✔ | ✔ |
| 55. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bloody Towel on Sink) | ✔ | ✔ | ✔ |
| 58. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bed with Bloody Towels and Sheet) | ✔ | ✔ | ✔ |
| 59. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bed with Bloody Towels and Sheet) | ✔ | ✔ | ✔ |
| 60. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Countertop, TV and Webb's Clothes) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 61. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bloody Towels) | ✔ | ✔ | ✔ |
| 67. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bed with MV1 Pants) | ✔ | ✔ | ✔ |
| 68. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Bed with MV1 Pants) | ✔ | ✔ | ✔ |
| 71. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Webb's Keys) | ✔ | ✔ | ✔ |
| 73. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Black Trash Bag Under Bed) | ✔ | ✔ | ✔ |
| 74. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Black Trash Bag with MV1 Bloody Underwear) | ✔ | ✔ | ✔ |
| 79. | C. Drake X. Morales J. Kochan | Photo - Woodspring Suites Hotel, Hotel Room 333 (Hotel Receipt) | ✔ | ✔ | ✔ |
| 81. | J. Wright T. Hayes | Photo – Webb's Car, Pound (Front View License Plate) | ✔ | ✔ | ✔ |
| 82. | J. Wright T. Hayes | Photo – Webb's Car, Pound (Rear View License Plate) | ✔ | ✔ | ✔ |
| 89. | J. Wright T. Hayes | Photo – Webb's Car, Pound (Center Console, with Baby Wipes) | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 93. | J. Wright T. Hayes | Photo – Webb's Car, Pound (Passenger Seat, with Blood and MV1 Earring) | ✔ | ✔ | ✔ |
| 94. | J. Wright T. Hayes | Photo – Webb's Car, Pound (Close-up MV1 Earring) | ✔ | ✔ | ✔ |
| 104. | J. Wright A. Smith | Photo – Webb's Driver License | ✔ | ✔ | ✔ |
| 111. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood 6th Ave | ✔ | ✔ | ✔ |
| 112. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood 6th Ave | ✔ | ✔ | ✔ |
| 113. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 114. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 115. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 116. | R. Sweet N. Ibarra D. McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 117. | R. Sweet N. Ibarra McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 118. | R. Sweet N. Ibarra McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 119. | R. Sweet<br>N. Ibarra<br>McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 120. | R. Sweet<br>N. Ibarra<br>D. McConahay | Photos (current) Ryan Place Neighborhood Intersection 6th & Lowden | ✔ | ✔ | ✔ |
| 121. | R. Sweet<br>N. Ibarra<br>D. McConahay | Map – 6th & Lowden and CA Pkwy | ✔ | ✔ | ✔ |
| 122. | R. Sweet | 911 recording – Sweet | ✔ | ✔ | ✔ |
| 123. | N. Ibarra<br>J. Sluck | Ring Video | ✔ | ✔ | ✔ |
| 123A. | N. Ibarra<br>J. Sluck | Slow Motion Clip Ring Video | ✔ | ✔ | ✔ |
| 124. | N. Ibarra<br>S. Cavasar | Ring Video still image | ✔ | ✔ | ✔ |
| 125. | C. Drake<br>B. Webber<br>A. Smith | Woodspring Suites Hotel Registration Records | ✔ | ✔ | ✔ |
| 126. | C. Drake<br>B. Webber<br>A. Smith | Woodspring Suites Aerial Maps | ✔ | ✔ | ✔ |
| 127. | C. Thompson<br>B. Webber<br>A. Smith<br>J. Kochan<br>H. Nguyen | Woodspring Suites Hotel footage complete 1T drive | ✔ | | |
| 127A. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/18 - stairwell) video file | ✔ | ✔ | ✔ |
| 127B. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/18 - room 333) video file | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 127C. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/18 -Webb leaving/ returning to room) video file | ✔ | ✔ | ✔ |
| 127D. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/19 - entry by FWPD) video file | ✔ | ✔ | ✔ |
| 127E. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/18 - Webb looks into hotel camera) video file | ✔ | ✔ | ✔ |
| 127G. | C. Thompson<br>B. Webber<br>J. Kochan<br>H. Nguyen | Woodspring Suites (05/18 - Webb, sweat suit, wearing chains) video file | ✔ | ✔ | ✔ |
| 128. | D. Rovell<br>J. Kochan | Body Cam Hotel Room 333 Entry | ✔ | ✔ | ✔ |
| 128A. | D. Rovell<br>J. Kochan | Body Cam Hotel Room 333 Entry screenshot – basket | ✔ | ✔ | ✔ |
| 128B. | D. Rovell<br>J. Kochan | Body Cam Hotel Room 333 Entry screenshot – face | ✔ | ✔ | ✔ |
| 128C. | D. Rovell<br>J. Kochan | Body Cam Hotel Room 333 Entry screenshot – arm | ✔ | ✔ | ✔ |
| 129. | T. Hayes | Body Cam ambulance ride – screen shot | ✔ | ✔ | ✔ |
| 130. | D. Rovell<br>C. Drake | Woodspring Suites Hotel - Still Images Webb's Paperwork | ✔ | ✔ | ✔ |
| 131. | J. Wright | Butterfly earring | ✔ | ✔ | ✔ |
| 132. | C. Thompson<br>A. Heise | Video – Webb post arrest statements (CD) | ✔ | | |
| 132A. | C. Thompson<br>A. Heise | Video clip – Webb 25:44 to 27:10 | ✔ | ✔ | ✔ |
| 132B. | C. Thompson<br>A. Heise | Video clip – Webb 43:00 to 44:32 | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 132C. | C. Thompson A. Heise | Video clip – Webb 1:13:38 to 1:17:44 | ✔ | ✔ | ✔ |
| 132D. | C. Thompson A. Heise | Video clip – Webb 1:50:12 to 1:50:52 | ✔ | ✔ | ✔ |
| 132E. | C. Thompson A. Heise | Video clip – Webb 1:56:07 to 1:58:40 | ✔ | ✔ | ✔ |
| 132F. | C. Thompson A. Heise | Video clip – Webb 2:04:44 to 2:06:40 | ✔ | ✔ | ✔ |
| 132G. | C. Thompson A. Heise | Video clip – Webb 2:11:00 to 2:12:15 | ✔ | ✔ | ✔ |
| 132H. | C. Thompson A. Heise | Video clip – Webb 2:13:13 to 2:18:48 | ✔ | ✔ | ✔ |
| 132I. | C. Thompson A. Heise | Video clip – Webb 2:22:08 to 2:26:14 | ✔ | ✔ | ✔ |
| 132J. | C. Thompson A. Heise | Video clip – Webb 2:34:42 to 2:36:38 | ✔ | ✔ | ✔ |
| 132K. | C. Thompson A. Heise | Video clip – Webb 2:51:05 to 2:52:49 | ✔ | ✔ | ✔ |
| 132L. | C. Thompson A. Heise | Video clip – Webb 3:03:30 to 3:04:30 | ✔ | ✔ | ✔ |
| 133. | C. Thompson A. Heise P. Ramirez | Webb's note | ✔ | ✔ | ✔ |
| 135A. | J. Monday J. Coffman | Medical records SANE exam [pages 10 and 11 only] | ✔ | ✔ | ✔ |
| 135B. | J. Monday J. Coffman | Medical records photo of MV1 | ✔ | ✔ | ✔ |
| 139. | S. Cavasar | Body cam | ✔ | ✔ | ✔ |
| 140. | N. Ibarra | Body cam | ✔ | ✔ | ✔ |
| 145. | R. Sweet J. Monday J. King | Cook Children's hospital - photo | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 146. | D. McConahay<br>N. Ibarra | Gold Necklace (Street) | ✔ | ✔ | ✔ |
| 147. | X. Morales<br>A. Smith<br>J. Wright | Gold Necklace (Hotel Room) | ✔ | ✔ | ✔ |
| 148. | P. Ramirez<br>J. Kochan<br>C. Thompson | Photo of Webb | ✔ | ✔ | ✔ |
| 149. | D. Rovell<br>J. Kochan<br>C. Thompson | "We got her" audio or video recording | ✔ | ✔ | ✔ |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455