**FILED**
**September 17, 2021**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Certified as a true copy and issued
as the mandate on **Sep 17, 2021**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2021
Lyle W. Cayce
Clerk

No. 19-11263
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MICHAEL WEBB,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-196-1-O

Before KING, COSTA, and HO, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.