# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

RECEIVED

JUL - 5 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

June 29, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-11263    USA v. Webb
                            USDC No. 4:19-CR-196-1 — O

Dear Ms. Mitchell,

The following is(are) returned:

Original Exhibits, (1) Envelope

Rcvd:
Govt Exh 1-6

Sincerely,

LYLE W. CAYCE, Clerk

Renee McDonough

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673